## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WILLIAM GARDNER,

      Plaintiff,

v.                                 No. 1:25-cv-00421-SMD-SCY

NEW MEXICO BOARD OF DENTAL HEALTH, *et al.*,

      Defendants.

### **ORDER DENYING MOTION TO CONSOLIDATE**

Plaintiff seeks to consolidate this case ("*Gardner I*") with *Gardner v. New Mexico*, No. 1:25-cv-00730-SMD-SCY ("*Gardner II*"). *See* Motion to Consolidate Cases, Doc. 48, filed August 21, 2025, in *Gardner I* ("Motion"). Both cases arise from Defendants' alleged conspiracy and due process violations related to Plaintiff's application for reinstatement of his dental license.

Plaintiff filed his original Complaint in this case in state court on March 31, 2025. *See* Doc. 1-1, filed May 2, 2025, in *Gardner I*. Defendant New Mexico Department of Justice removed the case to this Court on May 2, 2025. *See* Doc. 1, in *Gardner I*.

Plaintiff filed his original complaint in *Gardner II* in this Court on August 1, 2025. *See* Doc. 1, filed in *Gardner II*. The undersigned dismissed *Gardner II* without prejudice for lack of subject-matter jurisdiction before any defendants appeared. *See* Doc. 16, filed December 29, 2025, in *Gardner II*. Plaintiff appealed the dismissal of *Gardner II* on January 10, 2026. *See* Doc.19, in *Gardner II*. The appeal remains pending.

Plaintiff seeks to consolidate this case and *Gardner II* stating both cases "involve the common question of law and facts regarding all three instances of no hearings." Motion at 1.

The Court denies Plaintiff's Motion to consolidate this case and *Gardner II*. Factors considered influential in finding in favor of consolidation include: (i) interests of justice;

(ii) expeditious results; (iii) conservation of resources; and (iv) avoiding inconsistent results. *See* 8 Moore's Federal Practice – Civil § 42.10[4]. Plaintiff has not shown that (i) Plaintiff will be prejudiced if the cases are not consolidated; (ii) consolidation will avoid delay; (iii) consolidation will economize the resources of the parties and the Court; or (iv) consolidation will avoid producing inconsistent results between this case and *Gardner II*. *See* D.N.M.LR-Civ. 7.1(a) ("A motion must . . . state with particularity the grounds [for] the relief sought"). It does not appear to the Court that the factors listed above warrant consolidation at this time because the undersigned has dismissed *Gardner II* without prejudice.

**IT IS ORDERED** that Motion to Consolidate Cases, Doc. 48, filed August 21, 2025, is **DENIED.**

_____
**UNITED STATES DISTRICT JUDGE**